**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
AT BECKLEY

MOUNTAIN VALLEY PIPELINE, LLC,
Plaintiff,

v. CIVIL ACTION NO 5:23-CV-00625

MELINDA ANN TUHUS, and
ROSE ZHENG BRAMOFF
Defendants.

**RESPONSE TO MOTION TO STRIKE**

Defendants Melinda Ann Tuhus and Rose Zheng Abramoff, by and through counsel, respectfully respond herein to Plaintiff Mountain Valley Pipeline, LLC's ("MVP") Motion to Strike.

While Defendants have previously filed a Rule 12 motion in the form of a Motion for Abstention, Defendants' recent Motion to Dismiss is a motion to dismiss for lack of jurisdiction. See Doc. 27, p. 1 (wherein Defendants characterize the motion as a "Motion to Dismiss the Complaint[ ] for Lack of Jurisdiction"); Doc 29, p. 2 (wherein Plaintiffs acknowledge that in this Motion, "Defendants focus on the amount in controversy and MVP's ability to meet the $75,000 requirement").

Defendants invoke the Iqbal/Twombly standards to support their argument that MVP has not sufficiently pleaded a claim for relief sufficient to satisfy the jurisdictional requirements, but that does not convert their Fed. R. Civ. P. 12(b)(1) motion into a Fed. R. Civ. P. 12(b)(6) motion.

As such, the Motion is not barred and should not be struck. See Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").

Respectfully submitted,

**MELINDA ANN THUSUS**
**ROSE ZHENG ABRAMOF**

By Counsel

/s/William V. DePaulo
William V. DePaulo, Esq. #995 P O
Box 1711
Lewisburg, WV 24901
Tel: 304-342-5588
Fax: 866-850-1501
william.depaulo@gmail.com