**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

**Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

**Defendant.**

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE**

Mountain Valley Pipeline ("MVP"), by counsel, files this Reply in Support of its Motion to Strike. As outlined in its *Memorandum in Support of Motion to Strike and Response to Motion to Dismiss*, MVP reiterates its position that Defendants' Motion to Dismiss inaccurately states the damages sought and, as such, should be stricken from the record. Defendants' Response to the Motion to Strike is completely void of any support for the assertion that MVP has not met its jurisdictional burden.

MVP asserted damages of *at least* $45,629.50 in addition to punitive damages, in accordance with W. Va. Code. § 55-7-29(c), making the total amount of damages *at least* $545,629.50. Defendants have done nothing to refute this calculation and, taking MVP's assertions as true, it has met the jurisdictional threshold.

Defendants' Motion may state it was filed under Fed. R. Civ. P. 12(b)(1), but the *Twombly*/*Iqbal* standard is used for a motion to dismiss for failure to state a claim. While it may not "convert" the Motion to a 12(b)(6) motion, it does mean that Defendants' Motion lacks the appropriate legal support for a 12(b)(1) claim.

Regardless of what argument Defendants hang their hat, the Motion fails. The Motion is untimely under Fed. R. Civ. P. 12(b)(6), it is void of legal support under Fed. R. Civ. P. 12(b)(1), and it misstates the damages sought—making it void of factual support. Defendants' Motion to Dismiss should be stricken.

**WHEREFORE**, MVP requests that this Honorable Court enter an order striking Defendants' Motion to Dismiss from the record.

Submitted this 18th day of June, 2024

**MOUNTAIN VALLEY PIPELINE, LLC**

**By Counsel**

/s/ *Timothy M. Miller*
Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681.205.8888
Facsimile: 681.205.8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

**Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

**Defendant.**

**CERTIFICATE OF SERVICE**

The undersigned, as counsel for Plaintiff Mountain Valley Pipeline, LLC hereby certifies that a true and correct copy of the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE** was electronically filed this 18th day of June 2024, through the Court's CM/ECF system which will send an electronic notification to the following counsel of record:

William V. DePaulo, Esquire
PO Box 1711
Lewisburg, WV 24901
*Counsel for Defendants*

/s/ *Timothy M. Miller*
Timothy M. Miller (WVSB #2564)