**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

**Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

**Defendant.**

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiff Mountain Valley Pipeline, LLC ("MVP") by counsel and Defendants Melinda Ann Tuhus and Rose Zheng Abramoff ("Defendants"), by counsel, have conferred and jointly move for the following relief that includes amendment of the Scheduling Order currently pending:

1. A Scheduling Order was entered by this Court on December 12, 2023, setting deadlines for, among other things, completion of discovery by July 31, 2024 and dispositive motions due on August 19, 2024 (ECF 21). The parties have conferred and determined that additional time will likely be necessary for completion of discovery due to conflicting schedules, out-of-the country travel by counsel during July and early August, pendency of other cases and conflicting depositions, and due to the potential for significant motions practice and briefing to resolve certain discovery disputes related to objections based on Fifth Amendment privilege, First Amendment and privacy related objections. Counsel anticipates the motions practice issues will

be subject of motions filed within the next thirty days, but depositions and further discovery will be impractical until rulings are obtained.

The parties therefore jointly move for entry of an Order continuing all upcoming deadlines, including the trial date by 30-60 days. In that regard, the parties respectfully suggest the entry of an Order setting aside the current scheduling order and directing the parties to confer and submit a new Rule 26(f) scheduling checklist and proposed agreed order setting new deadlines with a trial date to be determined in consultation with the court in January or February of 2025.

A proposed order granting the relief requested is attached for the consideration of the Court.

WHEREFORE, for the foregoing reasons, the parties respectfully jointly move that the Court Amend the Scheduling Order as stated in the attached proposed Order.

Respectfully submitted by,

**MOUNTAIN VALLEY PIPELINE, LLC**
**By Counsel,**

*/s/ Austin D. Rogers*
Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681-205-8888
Facsimile: 681-205-8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

and

**MELINDA ANN TUHUS and**
**ROSE ZHENG ABRAMOFF**
**By Counsel,**

*/s/ William V. DePaulo (w/ permission)*

William V. DePaulo (WVSB #995)
P O Box 1711
Lewisburg, WV 24901
Telephone: 304-342-5588
Facsimile: 866-850-1501
william.depaulo@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

**Defendant.**

**MOUNTAIN VALLEY PIPELINE, LLC,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

**Defendant.**

## CERTIFICATE OF SERVICE

The undersigned, as counsel for the Plaintiff, hereby certifies that on July 19, 2024, I electronically filed the **JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER** with the Clerk of the Court via the CM/ECF system which will send electronic notification to the following counsel of record:

William V. DePaulo Esq.
PO Box 1711
Lewisburg, WV 24901
*Counsel for Defendants*

*/s/ Austin D. Rogers*
Austin D. Rogers (WVSB #13919)